UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN ALLEN HILL,<br><br>Defendant. | Case No. CR12-329RSM<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on Bryan Allen Hill's motion to terminate his remaining period of supervised release. The Court has reviewed the defendant's motion, the response of the government, and the records and files herein.

IT IS NOW ORDERED that Defendant's motion for early termination of supervised release is DENIED.

DATED this 6th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1